UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

**ORDER**
17 CR 420 (KMW)

JEROME BROWN,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

On June 24, 2021, the Second Circuit affirmed defendant's July 9, 2018, judgment as to his conviction, and remanded to this Court for resentencing.

Resentencing is scheduled for September 8, 2021, at 11:30 a.m. Defendant's submission is due to the Court by July 27, 2021. Government submission is due by August 24, 2021.

SO ORDERED.

Dated: New York, New York
June 29, 2021

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/21