UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

JEROME BROWN,

                            Defendant.
-----------------------------------------------------------------x

**ORDER**
17 CR 420 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/21

KIMBA M. WOOD, District Judge:

On July 15, 2021, counsel for defendant Jerome Brown filed a request to adjourn resentencing because counsel may pursue further appeal on Brown's behalf.

The Government shall respond to this request by July 29, 2021.

SO ORDERED.

Dated: New York, New York
       July 19, 2021

                                                  _____
                                                  KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE