```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

JEROME BROWN,

                              Defendant.
-------------------------------------------------------------------x

**ORDER**

17 CR 420 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote sentencing in the above-captioned case on Tuesday, January 11, 2022, at 2:00 p.m.

Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 473582800, with their telephones on mute. Consistent with the standing orders of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
       January 4, 2022

                                              _____
                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE